No. ——. Original. *Ex parte:* In the Matter of Donn M. Roberts, Petitioner; and

No. ——. Original. *Ex parte:* In the Matter of

DENNIS SHEA. Submitted June 4, 1917. Decided June 11, 1917. *Per Curiam.* Motions for leave to file petitions for writs of habeas corpus denied on the authority of *United States v. Mosley*, 238 U. S. 383. *Mr. Frans E. Lindquist* for petitioners.